RECEIVED
BY MAIL
FEB 03 2025
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota

Jeramy Davis,
    Petitioner,

V.

Warden, FCI Sandstone
    Respondent

Case No. 0:24-CV-4174-JWB-DTS

Notice of filing

The Court ordered Petitioner to submit financial documents in support of his motion for appointment of counsel. These documents are attached.

Respectfully Submitted,

January 23, 2025

Jeramy Davis
22360-026 F-unit
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
FEB 03 2025
U.S. DISTRICT COURT MPLS