## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeramy Davis, | Case No. 24-cv-4174 (JWB/DTS) |
| Petitioner, | |
| v. | **ORDER FOR APPOINTMENT OF COUNSEL** |
| Warden, FCI Sandstone, | |
| Respondent. | |

The Court has determined that the petitioner in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED**: Trevor Parkes, Attorney ID 401712, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: February 6, 2025

_____s/David T. Schultz_____
DAVID T. SCHULTZ
U.S. Magistrate Judge